**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

NAUNIHAL SINGH BRAR,
Petitioner,
v.
MARKWAYNE MULLIN et al.,
Respondent.

Case No. 5:26-cv-05474-MCS-MAR

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED.** Respondents are **ORDERED** to immediately release Petitioner **Naunihal Singh Brar (A# 206-035-216)** from custody subject only to conditions that were in place prior to his September detention. Respondents shall return any confiscated property and documents to Petitioner upon release.

Respondents shall file a Notice of Compliance within twenty-four hours.

Dated: November 9, 2026

Mark C. Scarsi

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE